**16-305**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KAREEN ANDERSON,<br><br>        Defendant. | 2:16-cr-00305-KJD-VCF<br><br>**ORDER**<br>[ECF Nos. 37, 38 & 40] |

Before the Court are Defendant Anderson's Motion to Reconsider, Motion to Dismiss and for Appointment of Counsel, and Motion for Permission to Appear in Family Court (ECF Nos. 37, 38 and 40). Defendant Anderson filed these motions on his own behalf.

Mr. Hendron, Esq. was appointed as counsel of record on November 3, 2016. (ECF No. 10). He is currently Defendant's counsel and has not withdrawn from this matter. *Id*.

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Lance J. Hendron, Esq. is defendant's counsel of record and has not filed a motion to withdraw as counsel; thus, defendant may not file motions on his own behalf. *See* Local Rule IA 11-6(a).

Accordingly, IT IS HEREBY ORDERED that Defendant Anderson's Motion to Reconsider, Motion to Dismiss and for Appointment of Counsel, and Motion for Permission to Appear in Family Court (ECF Nos. 37, 38 and 40) are DENIED.

The Clerk of Court is directed to strike the Motion to Reconsider, Motion to Dismiss and for Appointment of Counsel, and Motion for Permission to Appear in Family Court (ECF Nos. 37, 38 and 40).

DATED this 5th day of January, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE