# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KAREEN ANDERSON, *et al.*,

        Defendants.

2:16-cr-00305-KJD-VCF

**MINUTE ORDER**

       Before the Court is Defendant's Motion and Proposed Order to Withdraw as Counsel (ECF No. 44).

       Accordingly,

       IT IS HEREBY ORDERED that a hearing on Defendant's Motion and Proposed Order to Withdraw as Counsel (ECF No. 44) is scheduled for 11:00 AM, January 17, 2017, in Courtroom 3D.

       The U.S. Marshal is directed to transport defendant to and from the hearing.

       DATED this 10th day of January, 2017.

                                                    _____
                                                  CAM FERENBACH
                                                  UNITED STATES MAGISTRATE JUDGE