**16-305**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:16-cr-00305-KJD-VCF |
| vs. | **ORDER** |
| KAREEN ANDERSON, | |
| Defendant. | |

Before the Court is Defendant Anderson's Motion for Leave to Appear in Family Court (ECF No. 52) filed on January 11, 2017. Defendant Anderson filed this motion on his own behalf and during the time that he was represented by counsel.

Lance Hendron, Esq. was appointed as counsel of record on November 3, 2016. (ECF No. 10). On January 17, 2017, the Court held a hearing and granted Mr. Hendron's motion to withdraw as counsel. (ECF No. 50). On January 23, 2017, Gabriel L. Grasso, Esq. was appointed counsel of record for Anderson.

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file motions on his own behalf. *See* Local Rule IA 11-6(a).

Accordingly,

IT IS HEREBY ORDERED that Defendant Anderson's Motion for Leave to Appear in Family Court (ECF No. 52) is DENIED.

1   The Clerk of Court is directed to strike the Defendant Anderson's Motion for Leave to Appear in
2   Family Court (ECF No. 52).
3   DATED this 27th day of January, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE