# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KAREEN ANDERSON,

    Defendant.

Case No. 2:16-CR-00305-KJD-VCF

**ORDER**

    Before the Court for consideration are Defendant's Motions to Dismiss Count Two pursuant to Fed. R. Crim. P. 12 (#71) and Count Five (#73). The Government filed a response in opposition (#76) to which Defendant did not reply.

    Count Two of the Indictment charges that on or about June 2, 2016, Defendant and separately charged co-defendants Robert Tellye Smith, Derrick James Haywood, Dimitius Rivers, and others known and unknown to the grand jury, aiding and abetting one another, knowingly and intentionally distributed 5 grams or more of actual methamphetamine in violation of 21 U.SC. §§ 841(a)(1) and (b)(1)(A)(viii) and B(1)(b)(viii). Defendant alleges that Count Two should be dismissed because "[t]here is no clear and convincing facts that establish the defendant committed a violation of 18 U.S.C.§ 2 and 18 U.S.C. § 8411." (# 71, p. 2, lines 9-10). Defendant also alleges that Count Two is defective based on selective or vindictive prosecution; joining two or more offenses in the same count; charging the same offense in more than one count; lack of specificity; and improper joinder. (# 71, p. 2, lines 11-27).

    Count Five of the Indictment charges that on or about September 12, 2016, Defendant knowingly distributed 50 grams or more of actual methamphetamine in violation of 21 U.S.C. §§ 841

(a)(1) and (b)(1)(A)(viii). Defendant alleges that he never distributed anything and incorrectly alleges that Count Five contains insufficient probable cause. (#73).

Having read and considered the present Motions and response, the Court finds no support for dismissal of Counts Two and Five. Defendant fails to cite any points and authorities in support of dismissing Counts Two and Five. LCR 47-9 states "[t]he failure of the moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion." Further, Defendant has failed to provide any legal basis to support either motion.

Accordingly, **IT IS THEREFORE ORDERED** that Defendant's Motions to Dismiss Count Two pursuant to Fed. R. Crim. P. 12 (#71) and Count Five (#73) are **DENIED**.

DATED this _2nd_ day of May 2017.

_____
Kent J. Dawson
United States District Judge