# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KAREEN ANDERSON,

    Defendant.

Case No. 2:16-CR-00305-KJD-VCF

**ORDER**

Before the Court for consideration is Defendant's Motion to Strike the Words Crip and Gang Member (#93). The Court will consider the Motion as one in limine to prevent introduction of the phrase in the Government's case in chief. The Government filed a response in partial opposition (#105) to which the Defendant did not reply.

Defendant is a documented member of the Back Street Crips and is known as "Lil' Spyder." Defendant informed this Court that he is a member of the Crips in his Motion for Amendment of Detention. The Court considered this information in its Order (#85) wherein this Court found that Defendant failed to rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Defendant at trial and the safety of the community due to being charged with a drug offense for which the maximum term of imprisonment is 10 years or more. See 18 U.S.C. § 3142(e)(3)(A); see also (#85).

Additionally, according to the Government, numerous calls were intercepted wherein Defendant made mention of the fact that he is a Crip. The Government contends that it does not intend to introduce evidence of Defendant's gang affiliation during its case in chief, however it reserves the right to do so on rebuttal. The Court will reconsider the issue after Defense rests its case.

1  Accordingly, **IT IS THEREFORE ORDERED** that Defendant's Motion to Strike the

2  Words Crip and Gang Member (#93) is **Denied as Moot**.

3  DATED this ‗ 13th ‗ day of June 2017.

4

5  Kent J. Dawson
   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26