# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KAREEN ANDERSON,

    Defendant.

Case No. 2:16-CR-0305-KJD-VCF

**ORDER**

    Presently before the Court is Defendant's Motion to Dismiss Due to Due Process Violations (#119). The Government filed a response in opposition (#122) to which Defendant replied (#127). Also before the Court is Defendant's Motion to Dismiss Count 2 (#120). The Government filed a response in opposition (#123) to which Defendant replied (#129).

    Defendant contends that he was arrested before an indictment was secured and a warrant issued. Having examined the documents at issue, primarily Defendant's warrant returned executed (#19), the Court denies Defendant's motion. The defects complained of by Defendant are not present. Therefore, the rest of Defendant's motion (#119) is moot.

    Defendant's motion to dismiss Count 2 is totally frivolous. Defendant is free to challenge the evidence supporting Count 2 at trial. Defendant's claim that he is not mentioned anywhere in Count

is patently untrue. In fact, his name is listed in bold type face in all caps. No grounds exist to dismiss Count 2.

Accordingly, Defendant's Motion to Dismiss Due to Due Process Violations (#119) is **DENIED**;

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss Count 2 (#120) is **DENIED**.

DATED this 25TH day of October 2017.

_____
Kent J. Dawson
United States District Judge