FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 15 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-305-KJD-VCF |
| Plaintiffs, | ) | |
| v. | ) | ORDER TEMPORARILY |
| KAREEN ANDERSON (1), | ) | UNSEALING AUDIO RECORDING |
| Defendant. | ) | |

Lucas Gaffney, Esq., submitted an AUTH 24 form requesting a transcript of the sealed portion of the Hearing held on 9/7/2017 which was approved on 10/30/2017. The transcript is to be prepared by Felicia Zabin, Transcriber.

**IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by Felicia Zabin and providing a copy of the transcript to Lucas Gaffney, Esq., as requested.

**IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 15th day of NOV, 2017.

_____
CAM FERENBACH
United States Magistrate Judge