FILED  RECEIVED
ENTERED  SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 2? 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | 2:16-cr-00305-KJD-VCF-1 |
| KAREEN ANDERSON, | |
| Defendant. | **ORDER** |

On January 23, 2018, this Court granted defendant's Motion to Withdraw as Counsel (ECF No. 199).

Accordingly, IT IS HEREBY ORDERED that **Benjamin C. Durham** is APPOINTED as standby counsel for Kareen Anderson for all future proceedings..

Lucas Gaffney's office shall forward the file to Mr. Durham forthwith.

DATED this 24th day of January, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE