# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>v.<br><br>KAREEN ANDERSON,<br><br>               Defendant. | Case No. 2:16-CR-00305-KJD-VCF<br><br>**ORDER** |

      Presently before the Court is Defendant's Motion Invoking Right to Counsel (#234). Also before the Court is Defendant's Motion for Release Pending Sentencing (#229). Having read and considered the motion for right to counsel, and good cause being found it is **GRANTED**. Defendant's stand-by counsel, CJA panel member Benjamin Durham, is hereby appointed as Defendant's counsel for the purposes of sentencing.

      Defendant's motion for release must be denied because he has not overcome the requirement created by 18 U.S.C. § 3143(a)(2) that he be detained. The Government is not recommending that no sentence be imposed and Defendant's guilty plea precludes a motion for acquittal or new trial.

      Accordingly, IT IS HEREBY ORDERED that Defendant's Motion Invoking Right to Counsel (#234) is **GRANTED**;

*///*

IT IS FURTHER ORDERED that Defendant's Motion for Release Pending Sentencing (#229) is **DENIED**.

Dated this 8th day of May, 2018.

_____
Kent J. Dawson
United States District Judge