1  DAYLE ELIESON
   United States Attorney
2  District of Nevada
   SUSAN CUSHMAN
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   (702) 388-6336 / Fax: (702) 388-5087
5  Susan.Cushman@usdoj.gov

6  *Representing the United States of America*

7              UNITED STATES DISTRICT COURT
                  DISTRICT OF NEVADA
8                        -oOo-

9  UNITED STATES OF AMERICA,              )
                                          )   Case No.: 2:16-cr-0305-KJD-VCF
10             Plaintiff,                 )
                                          )
11     vs.                                )   STIPULATION TO CONTINUE MOTIONS
                                          )   HEARING (ECF # 262)
12                                        )
   KAREEN ANDERSON,                       )
13                                        )
               Defendant.                 )
14  _____   )

15         IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United

16  States Attorney; Susan Cushman, Assistant United States Attorney, counsel for the United States

17  of America and Karen A. Connolly, Esq. counsel for defendant, that the motions hearing in the

18  above-captioned matter currently scheduled for Friday, October 19, 2016, at 1:30 p.m. be vacated

19  and continued to a date and time convenient to all parties, the week of October 22, 2018.

20         This Stipulation is entered into for the following reason:

21         1.     Undersigned counsel for the government will be out of the District attending a

22  work-related conference from October 15-19, 2019.

23         2.     The parties agree to the continuance.

24         3.     The defendant is in custody and does not object to the continuance.

1    4.    Both counsel are available in the morning on October 22, 2018, or in the afternoon

2  on October 24, 2018 or October 25, 2018.

3        DATED this the 9th day of October, 2018.

4                                    DAYLE ELIESON
                                     United States Attorney

5
                                          /s/ Susan Cushman
6
                                     _____
                                     SUSAN CUSHMAN
7                                    Assistant United States Attorney

8
                                          /s/ Karen A. Connolly
9
                                     _____
                                     KAREN A. CONNOLLY
10                                   Counsel for Defendant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | )  Case No.: 2:16-cr-0305-KJD-VCF |
| Plaintiff, | ) |
|  | )  ORDER TO CONTINUE MOTIONS |
| vs. | )  HEARING |
|  | ) |
| KAREEN ANDERSON, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the

Court hereby orders that motion hearing in the above-captioned matter be vacated and continued

until ___October 22, 2018___ at the hour of ___11:00 A___ .m.  There will be no further continuances.

DATED this __18th__ day of October 2018.

_____
UNITED STATES ~~DISTRICT~~ JUDGE

Magistrate

3