1  DANIEL HILL
   HILL FIRM PLLC
2  Nevada Bar No. 12773
   228 S. 4th Street, 3rd Floor
3  Las Vegas, Nevada 89101
   Phone: 702-848-5000
4  Fax: 702-442-8338
   dan@hillfirmlawyers.com
5  Attorney for Defendant Kareen Anderson

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>KAREEN ANDERSON,<br><br>              Defendant. | Case No. 2:16-cr-00305-KJD-VCF<br><br>STIPULATION TO CONTINUE SENTENCING<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, through Susan Cushman, Esq., Assistant United States Attorney, together with Daniel Hill, Esq., counsel for defendant Kareen Anderson, that the sentencing hearing currently scheduled for November 20, 2018 at 8:30 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than 60 days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. The Defendant is in custody and does not object to the continuance.

2. Undersigned counsel needs additional time to prepare for Defendant's sentencing, because he has not yet received the file from previous counsel.

1

hearing.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the sentencing hearing.

DATED this 19th day of November 2018.

*/s/ Daniel Hill*
_____
Daniel Hill, Esq.
Counsel for Kareen Anderson

*/s/ Susan Cushman*
_____
Susan Cushman, Esq.
Counsel for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAREEN ANDERSON,<br><br>Defendant. | 2:16-cr-00305-KJD-VCF<br><br>ORDER |

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that sentencing in the above-captioned matter currently scheduled for November 20, 2018 at 8:30 a.m., be vacated and continued to February 12, 2019 at 9:00 a.m.

DATED November 19, 2018

_____
THE HONORABLE KENT J. DAWSON
U.S. DISTRICT COURT JUDGE