RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MADELINE S. LAL
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Madeline_Lal@fd.org

Attorney for Kareen Anderson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Kareen Anderson,<br><br>        Defendant. | Case No. 2:16-cr-00305-KJD-VCF<br><br>**Stipulation to Extend Deadline in Amended General Order 2023-09 By Ninety (90) Days** |

      The United States of America, by Assistant United States Attorney Jim W. Fang, and Defendant Kareen Anderson, by Assistant Federal Public Defender Madeline S. Lal, submit the following Stipulation to extend, by ninety (90) days, the deadline set in Amended General Order 2023-09.

      The parties agree and stipulate to the following:

      1.    On February 5, 2020, this Court sentenced Mr. Anderson to 121 months' incarceration. ECF No. 295.

      2.    On November 13, 2023, Mr. Anderson filed a *pro se* motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) in light of Sentencing Guidelines Amendment 821. ECF No. 333.

3. Amended General Order 2023-09 presumptively appoints the Office of the Federal Public Defender, District of Nevada ("FPD") to represent any defendant previously determined to have been entitled to appointment of counsel, or who is now entitled to appointment of counsel to determine whether that defendant may qualify for retroactive relief under Amendment 821, and to present any requests relating thereto to the Court for adjudication that the FPD deems appropriate under 821. Under General Order 2023-09, the FPD must file, within 30 days of a pro se motion or letter, a contested motion, a joint stipulation for a sentence reduction, or a notice of non-eligibility.

4. Defense counsel has reviewed Mr. Anderson's *pro se* filing (ECF No. 333) and additional relevant documents. Based on the review, defense counsel has determined that Mr. Anderson qualifies for a sentence reduction.

5. Defense counsel and government counsel have discussed a joint stipulation. Defense counsel has made efforts to contact Mr. Anderson but has been unsuccessful. Counsel needs additional time to get in contact with Mr. Anderson and then discuss the joint stipulation with him to determine whether he consents to the proposed resolution

3. The parties agree with the need for a continuance.

This is the first request for a continuance.

DATED this 20th day of December, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Madeline S. Lal* | By /s/ *Jim W. Fang* |

2

| | |
|---|---|
| MADELINE S. LAL<br>Assistant Federal Public Defender | JIM W. FANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States Of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Kareen Anderson,<br><br>    Defendant. | Case No. 2:16-cr-00305-KJD-VCF<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the request for an extension to file a Joint Stipulation be continued to February 19, 2024.

DATED this 21st day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE

3