AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada  ▾

United States of America
v.
Kareen Anderson

)
)
)
)
)
)
)
)

Case No:   2:16-cr-00305-KJD-VCF-1

USM No:   53685-048

Date of Original Judgment:          02/06/2020
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Madeline Lal, AFPD
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☑ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   121   months **is reduced to**   120  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    02/06/2020    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:    04/24/2024

*Judge's signature*

Effective Date:    02/20/2024
*(if different from order date)*

KENT J. DAWSON, U.S. DISTRICT JUDGE
*Printed name and title*