UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00305-KJD-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| KAREEN ANDERSON, | |
| Defendant. | |

Presently before the Court are four pro se motions filed by Defendant Kareen Anderson: (1) Motion Reduce Sentence – Amendment 782 or 821 (#333), (2) Motion 3 Point Reduction for Acceptance of Responsibility and Timely Plea Pursuant U.S.S.G Amendment 820 (#334), (3) Motion for Appointment of Counsel (#341)[1], and (4) Motion for a Sentence Reduction – Two Point Reduction pursuant to U.S.S.G. amendment 821 (#342). However, given that Anderson is scheduled to be released from the Bureau of Prisons' custody on May 10, 2024, these motions have become moot.[2] Accordingly, **IT IS HEREBY ORDERED** that Defendant's motions (#342/341/334/333) are all **DENIED** as moot.

Dated this 9th day of May 2024.

_____
Kent J. Dawson
United States District Judge

---

[1] Although titled "Motion for Appointment of Counsel," the motion appears to be an exact duplicate of filing #342 and #333, both of which are motions for sentence reduction under Amendment 821. (See #342/341/333).

[2] Three of Defendant's motions (#342/341/333), all seeking a sentence reduction under Amendment 821, have already been addressed through a joint stipulation between Defendant and the Government. (See #345). Subsequently, Defendant's sentenced was reduced to 120 months' imprisonment. (#346).